UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDMUND V. LUDWIG<br>Judge | 12614 United States Courthouse<br>Independence Mall West<br>Philadelphia, PA 19106-1775<br>(215) 580-2030<br>(215) 580-2142 FAX |

ANDREW D. BERSHAD
THE STERLING COMMERCE CTR
1819 JFK BLVD
STE 300
PHILADELPHIA, PA 19103


MICHAEL T. HOLLISTER
1811 CHESTNUT ST
PHILADELPHIA, PA `19107


MARC B. ZINGARINI
1811 CHESTNUT ST., 6TH FL
PHILADELPHIA, PA 19103

## NOTICE OF SCHEDULING CONFERENCE

RE:   LONERGAN, et al.  v.  CBIZ RETIREMENT SERVICES, INC.
       CIVIL ACTION NO. 02-CV-02906

Judge Ludwig has scheduled a Rule 16 conference for your case or cases on <u>Wednesday, July 31, 2002</u>  at  <u>11:30 a.m.</u> in chambers, Room 12614.

Enclosed is Judge Ludwig's **C A S E Management Program.**

**Counsel for plaintiff is required to notify unrepresented defendant(s) as to the date and time of the conference by serving a copy of this notice (with attachments) upon defendant(s) or their counsel, if known.**

If service of process has not been made, it is also the responsibility of plaintiff's counsel to take all steps reasonably necessary to expedite service as required by Fed. R. Civ. P. 4(a).

Very truly yours,

Kathryne M. Crispell
Deputy Clerk to Judge Ludwig

DATE:  July 15, 2002