James F. Carney, Esquire
I.D. #30070
18 Sentry Park West, Suite 300
Blue Bell, PA  19422
215/628-3102
Attorney for Defendant
LBG Financial Advisors, Inc.

_____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THOMAS LONERGAN, ERIC FULMER** : | | CIVIL ACTION |
| and **EDWARD GEUBTNER**, as Trustees : | | |
| for the **NORTHEAST & BUCKS** : | | NO: 02-CV-2906 |
| **FLEXIBLE COMPENSATION PLAN** : | | |
|       Plaintiff : | | |
|    v. : | | |
| : | | |
| **CBIZ RETIREMENT SYSTEMS, INC.** : | | |
| **ET AL** : | | |
|       Defendants : | | |

_____

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

     Please enter my appearance for **LBG FINANCIAL ADVISORS, INC.** only, a defendant in the above matter.

                             Respectfully submitted,


                             _____
                             James F. Carney, Esquire