UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Thomas Lonergan, et. al. | : | |
|     Plaintiffs | : | Civil Action No. 02-CV-2906 |
| | : | |
| V. | : | |
| | : | |
| CBIZ Retirement Services, Inc. et. al. | : | |
|     Defendants | : | |

**ENTRY OF APPEARANCE**

**TO THE CLERK:**

Kindly enter my appearance as co-counsel for defendant, LBG Financial Advisors, Inc.

                                                                               _____
                                                                                David G. C. Arnold

Suite 250
1000 Conshohocken Road
Conshohocken, Pennsylvania 19428
(610) 397-0316

Counsel for Defendant,
LBG Financial Advisors, Inc.