IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS LONERGAN, *et al.* | : | CIVIL ACTION |
| v. | : | |
| CBIZ RETIREMENT SERVICES, INC., *et al.* | : | NO. 02-CV-2906 |

## **O R D E R**

AND NOW, this 31st day of July, 2002, the following is ordered:

1. By August 31, 2002, paper discovery requests will be issued.

2. By September 30, 2002, paper discovery responses will be sent.

3. Next Rule 16 Conference: October 8, 2002 at 4:30 p.m.

- Deposition and trial scheduling

_____
Edmund V. Ludwig, J.