UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Thomas Lonergan, et. al. | : | |
|     Plaintiffs | : | Civil Action No. 02-CV-2906 |
| | : | |
| V. | : | |
| | : | |
| CBIZ Retirement Services, Inc. et. al. | : | |
|     Defendants | : | |

**DEFENDANT, LBG FINANCIAL ADVISORS, INC.'S ANSWER TO THE CROSSCLAIM OF DEFENDANTS, CBIZ RETIREMENT SERVICES, INC., AND NATIONAL RETIREMENT PLANNING, INC.**

Defendant, LBG Financial Advisors, Inc., by and through their counsel of record, now answers the Crossclaim of Defendants, CBIZ Retirement Services, Inc., and National Retirement Planning, Inc., in the following manner:

1. Defendant, LBG Financial Advisors, Inc., incorporates herein by reference its Answer with Affirmative Defenses and Crossclaims previously filed in this action.

2. Denied.

**WHEREFORE,** Defendant, LBG Financial Advisors, Inc., respectfully requests that this Honorable Court enter judgment in its favor, and against Defendants, CBIZ Retirement Services, Inc., and National Retirement Planning, Inc., together with costs,

attorneys' fees, and such other relief as this Honorable Court deems appropriate.

                                                  Respectfully submitted,

                                                  _____

                                                      James F. Carney

Suite 300
Building 18, Sentry Park West
Blue Bell, Pennsylvania 19422
(215) 628-3102

Counsel for Defendant,
LBG Financial Advisors, Inc.

Dated: August 30, 2002