IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS LONERGAN, et al.        :        CIVIL ACTION
                               :
            v.                 :
                               :
CBIZ RETIREMENT SERVICES, INC.,:        NO. 02-2906
et al.

## **A M E N D E D   N O T I C E**

October 2, 2002

       The Rule 16 conference on Tuesday, October 8, 2002 will be held at **2:30 p.m.** (Changed from 4:30 p.m.) in chambers, Room 12614.


cc:  October 2, 2002 (KC)

Andrew D. Bershad, Esq.
David G. C. Arnold, Esq.
James F. Carney, Esq.
Marc B. Zingarini, Esq.
Michael T. Hollister, Esq.
Paul L. McDonald, Esq.
Thomas H. Suddath, Esq.




BY:_____
     Deputy Clerk to Judge Ludwig
     Kathryne M. Crispell