IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS LONERGAN, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CBIZ RETIREMENT SERVICES, INC., et al. | : | NO. 02-2906 |

### **O R D E R**

AND NOW, this 8th day of October, 2002, upon conference:

- Plaintiff's unopposed request to withdraw jury demand is granted.

- Depositions to be completed by November 15, 2002.

- Counsel are to meet with Magistrate Judge Caracappa by November 1, 2002.

- Further Rule 16 conference: Tuesday, December 10, 2002 at 2:30 p.m.

_____
Edmund V. Ludwig, J.

cc:  October 9, 2002 (KC)

Andrew D. Bershad, Esq.
David G. C. Arnold, Esq.
James F. Carney, Esq.
Marc B. Zingarini, Esq.
Michael T. Hollister, Esq.
Paul L. McDonald, Esq.
Thomas H. Suddath, Esq.
Magistrate Judge Caracappa

Case 2:02-cv-02906   Document 37   Filed 10/09/2002   Page 2 of 2