IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


THOMAS LONERGAN, et al.
:   CIVIL ACTION
:
    vs.   :
:   NO. 02-2906
CBIZ RETIREMENT SERVICES, INC.,
et al.

O R D E R

**AND NOW, TO WIT:** this 11th day of December, 2002, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court


BY:_____
        Kathryne M. Crispell
        Deputy Clerk


 12/11/02  copies via FAX to: _____ copies mailed to:

Andrew D. Bershad
David G. C. Arnold
James F. Carney
Marc B. Zingarini
Michael T. Hollister
Thomas H. Suddath
Paul L. McDonald
Magistrate Judge Caracappa